# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14CR2936-BEN |
| Plaintiff, | ORDER |
| v. | |
| RICHARD MEDINA (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 2s and 3s of the Superseding Indictment.

DATED:  November 24, 2015

_____
Hon. Roger T. Benitez
United States District Judge

14CR2936-BEN