DAVID J. ZUGMAN
California Bar No. 190818
1010 Second Avenue Suite 1800
San Diego, California  92101-5008
Telephone:  (619) 699-5931
Facsimile:  (619) 924-2201
dzugman@gmail.com

Attorney for Richard Medina, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 14cr2936-BEN |
| Plaintiff, ) | Date: March 14, 2016 |
| ) | Time: 9:00 a.m. |
| v. ) | Courtroom: 5A |
| ) | Joint motion to continue sentencing |
| RICHARD MEDINA, JR. (1), ) | hearing |
| OMAR TREVINO CARO DEL ) | |
| CASTILLO (2), and ) | |
| FRANCISCO CUEVAS (3). ) | |
| ) | |
| Defendants. ) | |

To:        Laura F. Duffy, United States Attorney, Daniel C. Silva and Luella M.
           Caldito, Assistant United States Attorneys, and Matthew Bass, United
           States Probation Officer.

        The parties jointly move to continue the sentencing hearing of Richard Medina,
currently set for March 14, 2016, at 9:00 a.m., to a date three months out. This Court has
twice moved the sentencing hearing.

        Medina has not yet had his interview with the Probation Office so sentencing
must be moved in any event.

        Medina is in on bond and will file an acknowledgment of the next Court date
within a week of this Court's order.

        Any Monday at the end of May or in June is acceptable to Counsel for Medina
(though if the date selected is June 4th, Counsel may have argument before the 9th Circuit

1 | so the afternoon calendar is requested.)

2 | Respectfully Submitted

3 | DATE: February 26, 2016                    s/David Zugman
   |                                            David Zugman
4 |                                            Appointed Counsel for Medina

5 | DATE: February 26, 2016                    s/Daniel C. Silva
   |                                            Daniel C. Silva
6 |                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

1

2        I the undersigned declare under penalty of perjury, that I am over the age eighteen

3   years and I am not a party to the above-entitled action. I have caused service of

4        Motion to continue sentencing

5   on the following parties by electronically filing the foregoing with the U.S. District Court for

6   the Southern District of California using its ECF System, which electronically notifies them:

7        Daniel C. Silva and Luella M. Caldito, Assistant United States Attorneys

8        Matthew Bass, United States Probation Officer

9        I declare under penalty of perjury that the foregoing is true and correct.

10  Executed on February 26, 2016                    S/David Zugman
                                                     DAVID J. ZUGMAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28