FILED

JUN 14 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-cr-2936-BEN |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| RICHARD MEDINA, J.R. (1), | |
| Defendant. | |

WHEREAS, on or about November 24, 2015, Defendant entered a guilty plea before this Court to Counts 2 and 3 of the Superseding Indictment which charged a violation of Title 18, United States Code, Sections 371 and 1960(a), which plea included a consent to the forfeiture allegations of the Superseding Indictment and an agreement of entry of a $11,986,982.00 money judgment in favor of the United States pursuant to Title 18, United States Code, Section 982(a)(1); and

WHEREAS, by virtue of admissions of the Defendant set out in the Plea Agreement and guilty plea, the Court determined that $11,986,892.00 (U.S. dollars) represents the property involved in the offenses of conviction, pursuant to Title 18, United States Code, Sections 371 and 1960(a) as charged in the Superseding Indictment; and

WHEREAS, by virtue of said guilty plea and the Court's finding, the United States is now entitled to an Order of Forfeiture and judgment in its favor

1  against the Defendant in the amount of $11,986,892.00, pursuant to
2  Title 18 United States Code, Section 982(a)(1); and

3     WHEREAS, by virtue of the facts set forth in the Plea Agreement and
4  forfeiture addendum thereto, the United States has established the requisite nexus
5  between the $11,986,892.00 judgment and the offense; and

6     WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required
7  to the extent that the forfeiture consists of a money judgment"; and

8     WHEREAS, the United States, having submitted the Order herein to the
9  Defendant through its attorney of record, to review, and no objections having been
10 received;

11     Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

12     1.   Defendant RICHARD MEDINA, JR. shall forfeit to the United States
13 the sum of $11,986,892.00 pursuant to Title 18, United States Code,
14 Section 982(a)(1); and

15     2.   Judgment shall be entered in favor of the United States against
16 Defendant RICHARD MEDINA, JR. in the amount of $11,986,892.00, with interest
17 to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

18     3.   This Court shall retain jurisdiction in the case for the purpose of
19 enforcing the order of forfeiture and collecting and enforcing the judgment; and

20     4.   Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final
21 as to the Defendant at the time of sentencing and is part of the sentence and included
22 in the judgment; and

23     5.   Pursuant to Rule 32.2(b)(3), the United States may, at any time, conduct
24 discovery to identify, locate, or dispose of directly forfeitable assets and substitute
25 assets against which this Order of Forfeiture may be enforced; and

26     6. The United States may, at any time, move pursuant to Rule 32.2(e) to
27 amend this Order of Forfeiture to substitute property having a value not to exceed
28 $11,986,892.00 to satisfy the money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the judgment.

IT IS SO ORDERED.

DATED: 6/13/2016

HONORABLE ROGER T. BENITEZ
United States District Court

- 3 -